721 F.2d 666
 In the Matter of the Complaint of William McLINN, as owner
of the F/V FJORD, her engines, tackle, boilers,
and equipment for exoneration from, or
limitation of liability.
In the Matter of the Complaint of Gilbert Jack JOHNSON and
Jack Stewart Johnson, as owners of the F/V SUPERSONIC, her
engines, tackle, boilers, and equipment, and as owners of
one certain Beck 15 foot fiberglass skiff, her engine,
tackle and equipment, for exoneration from, or limitation of
liability.
Frank CHURCHILL, as the Informal Administrator of the Estate
of Patrick Churchill and Dale Carlough,
Plaintiffs-Appellants,
v.
The F/V FJORD, etc., et al., Defendants,
and
The F/V SUPERSONIC, her engines, tackle, apparel,
appliances, equipment, apparatus and furniture; Gilbert
Johnson, part owner and/or operator of said F/V SUPERSONIC;
Jack Johnson, part owner of said F/V SUPERSONIC, Defendants-Appellees.
 No. 82-3644.
 United States Court of Appeals,
Ninth Circuit.
 Dec. 6, 1983.
 
 Gerald W. Markham, Kodiak, Alaska, for plaintiffs-appellants.
 Kenneth F. Brittain, James M. Powell, Hughes, Thorsness, Gantz & Powell, Anchorage, Alaska, for defendants-appellees.
 ORDER
 Before BROWNING, Chief Judge, and CHOY, GOODWIN, WALLACE, SNEED, KENNEDY, ANDERSON, HUG, TANG, SKOPIL, SCHROEDER, FLETCHER, FARRIS, PREGERSON, ALARCON, POOLE, FERGUSON, NELSON, CANBY, BOOCHEVER, NORRIS, and REINHARDT, Circuit Judges.
 
 
 1
 Upon the vote of a majority of the regular active judges of this court, it is ordered that this case be reheard by an en banc panel of the court pursuant to Rule 25 of the Rules of the United States Court of Appeals for the Ninth Circuit. The previous three-judge panel assignment is withdrawn.